No. 741. FINLEY ET AL. *v*. CITY OF TARRANT ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the reason that the judgment of the court below is based upon a nonfederal ground adequate to support it. MR. JUSTICE BLACK took no part in the consideration or decision of this case. *George D. Finley* for appellants. *Douglass P. Wingo, Peyton D. Bibb* and *Needham A. Graham, Jr.* for appellees.

No. 337. CONNECTICUT MUTUAL LIFE INSURANCE CO. ET AL. *v*. MOORE, COMPTROLLER OF THE STATE OF NEW YORK, 333 U. S. 541. Rehearing denied. The petitions of the States of Connecticut and Vermont for leave to intervene are therefore also denied.

No. 361, Misc. DAVIS *v*. NIERSTHEIMER, WARDEN; and No. 469, Misc. FOOK *v*. CLEMMER, DIRECTOR. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 621. UNITED STATES *v*. KANSAS CITY LIFE INSURANCE CO. Court of Claims. Certiorari granted. *Solicitor General Perlman* for the United States. *Ray B. Lucas* for respondent.

No. 195, Misc. YOUNG *v*. RAGEN, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari granted. Petitioner *pro se*. *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.